UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK STATE
TELECOMMUNICATIONS ASSOCIATION,
INC., CTIA – THE WIRELESS
ASSOCIATION, ACA CONNECTS –
AMERICA'S COMMUNICATIONS
ASSOCIATION, USTELECOM – THE
BROADBAND ASSOCIATION, NTCA – THE
RURAL BROADBAND ASSOCIATION, and
SATELLITE BROADCASTING &
COMMUNICATIONS ASSOCIATION, on
behalf of their respective members,

**PRELIMINARY INJUCTION ORDER**

2:21-cv-2389 (DRH) (AKT)

       Plaintiffs,

 - against -

LETITIA A. JAMES, in her official capacity as
the Attorney General of New York,

       Defendant.
------------------------------------------------------------X

  Upon reading and filing of the Complaint and the papers submitted in support of and in opposition to the issuance of a preliminary injunction, and having heard the arguments of counsel, for the reasons set forth in the Court's Memorandum & Order, dated June 11, 2021, it is hereby

  **ORDERED,** pursuant to Federal Rule of Civil Procedure 65, that Defendant Letitia A. James, in her official capacity as the Attorney General of the State of New York, her employees, agents, and all persons acting on her behalf are preliminarily enjoined from enforcing the Affordable Broadband Act, N.Y. Gen. Bus. Law § 399-zzzzz; and it is

  **FURTHER ORDERED** that no bond shall be required.

Dated: Central Islip, New York     s/ Denis R. Hurley
   June 11, 2021         Denis R. Hurley
               United States District Judge