

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

July 23, 2021

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

    Re:    New York State Telecommunications Ass'n, Inc., et al. v. James
             Docket No.: 21-CV-02389 (DRH) (AKT)

Dear Judge Hurley,

This is to advise the Court that the parties have agreed to a Stipulated Final Judgment in the above-referenced matter, a copy of which is attached hereto, and respectfully request that Your Honor so-order the same.

Thank you for your consideration of this request.

                        Respectfully,

                        /s/ Patricia M. Hingerton

                        Patricia M. Hingerton
                        Assistant Attorney General